IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

PHILLIP ANTONIO DAVIS,           )
                                 )
           Petitioner,           )
                                 )
vs.                              )   Case No. CIV-16-866-M
                                 )
JOE M. ALLBAUGH,                 )
                                 )
           Respondent.           )

## ORDER

On May 1, 2018, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Amended Petition for Writ of Habeas Corpus be denied. The parties were advised of their right to object to the Report and Recommendation by May 15, 2018. Petitioner filed his objections on May 15, 2018. In his objections, petitioner objects to the Report and Recommendation in its entirety.

The Court has carefully reviewed this matter de novo. Upon review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 24] issued by the Magistrate Judge on May 1, 2018, and

(2) DENIES the Amended Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED this 15th day of June, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE